IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CASSANDRA R. HICKMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>        Defendant. | Case No. 3:10-cv-00121-TMB |

## **ORDER OF DISMISSAL**

This matter having come before the court on THE STIPULATION OF THE PARTIES; and the Court being otherwise fully advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation for Dismissal with Prejudice is GRANTED and that the above referenced matter is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED at Anchorage, Alaska this 21st day of September, 2012.

                                          /s/ Timothy M. Burgess
                                          TIMOTHY M. BURGESS
                                          U.S. DISTRICT COURT JUDGE